UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PETER JACOBSON and MENTOR CAPITAL ASSOCIATES,<br><br>    Defendants. | Civil Action No.<br>04 11908 DPW |

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff Alchimia, Inc. makes the following corporate disclosure statement:

Alchimia, Inc. does not have a parent corporation. No publicly held company owns 10% or more of the corporate stock of Alchimia, Inc.

                    Respectfully submitted,

                    ALCHIMIA, INC.

                    By its attorneys,

                    _____
                    Thomas W. Aylesworth (BBO #630994)
                    Tristan Cameron Snell (BBO #657203)
                    Nutter McClennen & Fish LLP
                    World Trade Center West
                    155 Seaport Boulevard
                    Boston MA 02210-2604
                    (617) 439-2000

Dated: September 1, 2004

1357348.1