UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALCHIMIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C. A. No. 04-11908-DPW |
| PETER JACOBSON AND MENTOR | ) | |
| CAPITAL ASSOCIATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF**
**ATTORNEY DANIEL J. KELLY**

Please enter the appearance of Daniel J. Kelly of Gadsby Hannah, LLP on behalf of

defendants Peter Jacobson and Mentor Capital Associates.

Respectfully submitted,
MENTOR CAPITAL ASSOCIATES and
PETER JACOBSON,
By their attorney,

/s/Daniel J. Kelly
Daniel J. Kelly, BBO # 553926
dkelly@ghlaw.com
Edward W. Little Jr., BBO # 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110
Dated:  November 19, 2004          (617) 345-7000

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this day a true copy of the <u>Notice of Appearance of Attorney</u> <u>Daniel J. Kelly</u> was served upon the attorneys of record for each party electronically as follows:

Thomas W. Aylesworth; <u>taylesworth@nutter.com</u>

Tristan C. Snell; <u>tsnell@nutter.com</u>

      By:  <u>/s/Edward W. Little, Jr.   </u>

      Date: <u>November 19, 2004    </u>

B0390182v1