UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALCHIMIA, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C. A. No. 04-11908-DPW |
| PETER JACOBSON AND MENTOR CAPITAL ASSOCIATES, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCE OF
## ATTORNEY EDWARD W. LITTLE, JR.

Please enter the appearance of Edward W. Little, Jr. of Gadsby Hannah LLP on behalf of defendants Peter Jacobson and Mentor Capital Associates.

                                          Respectfully submitted,
                                          MENTOR CAPITAL ASSOCIATES and
                                          PETER JACOBSON,
                                          By their attorney,

                                          /s/ Edward W. Little, Jr.
                                          Daniel J. Kelly, BBO # 553926
                                          dkelly@ghlaw.com
                                          Edward W. Little Jr., BBO # 628985
                                          elittle@ghlaw.com
                                          Gadsby Hannah LLP
                                          225 Franklin Street
                                          Boston, MA  02110
Dated:  November 19, 2004          (617) 345-7000

-2-

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day a true copy of the <u>Notice of Appearance of Attorney Edward W. Little Jr.</u> was served upon the attorneys of record for each party electronically as follows:

Thomas W. Aylesworth; taylesworth@nutter.com

Tristan C. Snell; tsnell@nutter.com

| | |
|---|---|
| By: | /s/Edward W. Little, Jr. |
| Date: | November 19, 2004 |

B0390260v1