UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC., )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>PETER JACOBSON and MENTOR )<br>CAPITAL ASSOCIATES, )<br>)<br>        Defendants. ) | Civil Action No. 04-11908 DPW |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE**

It is hereby STIPULATED and AGREED by counsel for Plaintiff, Alchimia, Inc. ("Plaintiff") and Defendants, Peter Jacobson and Mentor Capital Associates ("Defendants"), that Defendants shall have an extension of time of two weeks, up to and including December 4, 2004, to answer or otherwise move with respect to Plaintiff's Complaint for Declaratory Judgment.

| NUTTER, MCCLENNEN & FISH LLP | GADSBY HANNAH LLP |
|---|---|
| BY: /s/Thomas W. Aylesworth (with permission)<br>    Thomas W. Aylesworth (BBO #630994)<br>    Tristan Cameron Snell (BBO #657203)<br>    Nutter, McClennen & Fish LLP<br>    World Trade Center West<br>    155 Seaport Boulevard<br>    Boston, MA  02210-2604<br>    (617) 439-2000<br><br>    *Attorneys for Plaintiff*<br>    *Alchimia Group* | BY: /s/ Edward W. Little<br>    Daniel J. Kelly, BBO # 553926<br>    dkelly@ghlaw.com<br>    Edward W. Little Jr., BBO # 628985<br>    elittle@ghlaw.com<br>    Gadsby Hannah LLP<br>    225 Franklin Street<br>    Boston, MA  02110<br>    (617) 345-7000<br><br>    *Attorneys for Defendants*<br>    *Peter Jacobson and Mentor*<br>    *Capital Associates* |

Dated:  November 19, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a true copy of the <u>Stipulation Extending Time to Answer or Otherwise Move</u> was served upon the attorneys of record for each party electronically as follows:

Thomas W. Aylesworth; <u>taylesworth@nutter.com</u>

Tristan C. Snell; <u>tsnell@nutter.com</u>

                                              By:    <u>/s/Edward W. Little, Jr.</u>

                                              Date:    <u>November 19, 2004</u>