UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C. A. No. 04-11908-DPW |
| PETER JACOBSON AND MENTOR CAPITAL ASSOCIATES, | ) |
| | ) |
| Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT MENTOR CAPITAL ASSOCIATES**

Pursuant to Local Rule 7.3(A), defendant Mentor Capital Associates hereby notifies the Court that it has no parent corporation, and there is no publicly held company that owns 10% or more of its stock.

Respectfully submitted,

MENTOR CAPITAL ASSOCIATES and
PETER JACOBSON,
By their attorney,

/s/ Edward W. Little, Jr.
Daniel J. Kelly, BBO # 553926
dkelly@ghlaw.com
Edward W. Little Jr., BBO # 628985
elittle@ghlaw.com
Gadsby Hannah LLP
225 Franklin Street
Boston, MA  02110

Dated:  December 3, 2004          (617) 345-7000

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the <u>Corporate Disclosure Statement of Defendant Mentor Capital Associates</u> was served upon the attorneys of record for each party electronically as follows:

Thomas W. Aylesworth; taylesworth@nutter.com

Tristan C. Snell; tsnell@nutter.com

|  |  |  |
|---|---|---|
| By: | <u>/s/Edward W. Little, Jr.</u> | |
| Date: | <u>December 3, 2004</u> | |

B0308520v1