UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-11908 DPW |
| | ) |
| PETER JACOBSON and MENTOR | ) |
| CAPITAL ASSOCIATES, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE OF ROBERT A. BURKE

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Plaintiff's counsel of record, a member of the bar of this Court, respectfully applies for leave to admit *pro hac vice* Robert A. Burke, Esq. of the law firm of Blank Rome, LLP, One Logan Square, Philadelphia, Pennsylvania 19103-6998 to practice in the Court in this action on behalf of the defendants Peter Jacobson and Mentor Capital Associates.

In support thereof, the undersigned states as follows:

1.  Robert Burke, Esq. is a member in good standing of the bars in the Commonwealth of Pennsylvania, the State of New Jersey, the United States Court of Appeals for the Third Circuit, and the United States District Courts of New Jersey and the Eastern District of Pennsylvania.

2.  As stated in the certificate of Mr. Burke (attached hereto as Exhibit A), there are no disciplinary proceedings pending against Mr. Burke as a members of the bar in any jurisdiction, nor has Mr. Burke ever been disbarred or suspended from any court or tribunal.

B0368135v1

3. Mr. Burke represents the defendants Peter Jacobson and Mentor Capital Associates in this matter.

4. The appearance and participation of Robert Burke, Esq. in this matter in conjunction with attorneys from Gadsby Hannah, LLP, 225 Franklin Street, Boston, MA 02110, is necessary for the proper and effective representation of the defendants.

5. Attached hereto and incorporated herein is the certification filed by Robert A. Burke in support of this motion attesting to the foregoing.

WHEREFORE, for purposes of representing the defendants Peter Jacobson and Mentor Capital Associates, in the above-captioned action, the petitioner respectfully prays that Robert Burke be admitted *pro hac vice*, to practice in this action before the United States District Court for the District of Massachusetts.

        MENTOR CAPITAL ASSOCIATES and
        PETER JACOBSON,
        By their attorneys,

        /s/Edward W. Little, Jr.
        Daniel J. Kelly, BBO # 553926
        dkelly@ghlaw.com
        Edward W. Little, Jr., BBO # 628985
        elittle@ghlaw.com
        Gadsby Hannah LLP
        225 Franklin Street
        Boston, MA 02110
        (617) 345-7000

DATED: December 3, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a true copy of the <u>Motion for Admission Pro Hac Vice of Robert A. Burke</u> was served upon the attorneys of record for each party electronically as follows:

Thomas W. Aylesworth; <u>taylesworth@nutter.com</u>

Tristan C. Snell; <u>tsnell@nutter.com</u>

By:    <u>/s/Edward W. Little, Jr.</u>

Date:   <u>December 3, 2004</u>