UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-11908 DPW |
| | ) |
| PETER JACOBSON and MENTOR CAPITAL ASSOCIATES, | ) |
| | ) |
| Defendants. | ) |

**LOCAL RULE 83.5.3(B) CERTIFICATE OF ROBERT A. BURKE
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Robert A. Burke, hereby depose and state as follows:

1. I am a partner in the Philadelphia, Pennsylvania, office of Blank Rome, LLP, located at One Logan Square, Philadelphia, Pennsylvania 19103-6998. My office telephone number is (215) 569-5606.

2. I am a member in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey, as well as the United States Court of Appeals for the Third Circuit, United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

3. I am not now, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law.

4. I am not under suspension or disbarment by any Court.

5. I have practiced in the area of litigation for over 14 years.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. For the purposes of this matter, I will be associated with members of

Gadsby Hannah, LLP, who are admitted to practice in this Court.

       8.    I have not applied to this Court for admission *pro hac vice* within the past year.

      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 3rd DAY OF DECEMBER 2004.

                                                                   _____
                                                                   Robert A. Burke
                                                                   Blank Rome LLP
                                                                   One Logan Square
                                                                   Philadelphia, Pennsylvania
                                                                   (215) 569-5606