# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PETER JACOBSON and MENTOR CAPITAL ASSOCIATES,<br><br>    Defendants. | Civil Action No. 04-11908-DPW |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1(B) and (D), and the Court's Notice of Scheduling Conference dated November 22, 2004, the parties submit the this Joint Statement.

1. **Proposed Agenda of Matters to Be Discussed at Scheduling Conference.**

    A.  Nature of the case.

    B.  Discovery and pre-trial schedule.

    C.  Settlement status.

2. **Proposed Pre-Trial Schedule.**

    A.  Proposed Discovery Plan.

| Task | Completion Date |
|---|---|
| Close of fact discovery | April 15, 2005 |
| Plaintiff's expert disclosures | May 1, 2005 |
| Defendant's expert disclosures | June 1, 2005 |
| Expert depositions | July 1, 2005 |

    B.    Proposed Motion Schedule.

Dispositive motions shall be filed on or before August 1, 2005.

    C.    Proposed Trial Schedule.

        1.    The parties propose that this case be scheduled for a final pre-trial conference on or before October 15, 2005.

        2.    The parties propose that this case be scheduled for trial in November 2005.

**3.    Alternative Dispute Resolution.**

The parties have conferred regarding alternative dispute resolution and determined that it is not appropriate at this time.

**4.    Magistrate Judge.**

At this point in time, the parties do not consent to the appointment of a magistrate for purposes of discovery or trial.

**5.    Local Rule 16.1 Certifications.**

Certifications from the parties and their counsel have been or will be filed separately.

Respectfully submitted,

| Alchimia, Inc., by its attorneys, | Mentor Capital Associates and Peter Jacobson, by their attorneys, |
|---|---|
| /s/Thomas W. Aylesworth | /s/Robert A. Burke |
| Thomas W. Aylesworth (BBO #630994) | Daniel J. Kelly (BBO #553926) |
| Tristan Cameron Snell (BBO #657203) | Edward W. Little, Jr. (BBO #628985) |
| Nutter McClennen & Fish LLP | Gadsby Hannah LLP |
| World Trade Center West | 225 Franklin Street |
| 155 Seaport Boulevard | Boston, MA 02110 |
| Boston, MA 02210 | (617) 345-7000 |
| (617) 439-2000 | |

Robert A. Burke, Esq. (*pro hac vice*)
BlankRome LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 569-5606

Dated: January 4, 2005

1392355.1