**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ALCHIMIA, INC.,

    Plaintiff,

v.

PETER JACOBSON and MENTOR
CAPITAL ASSOCIATES,

    Defendants.

Civil Action No. 04-11908-DPW

**PLAINTIFF ALCHIMIA, INC.'S**
**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1(D)(3), plaintiff Alchimia, Inc. hereby certifies that it has conferred with counsel with respect to the above matter:

(a)    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs.

*[signature]*
Alchimia, Inc.
By: Chris Deren, President

Respectfully submitted,

ALCHIMIA, INC.

By its attorneys,

/s/Thomas W. Aylesworth
Thomas W. Aylesworth (BBO #630994)
Tristan Cameron Snell (BBO #657203)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston MA 02210-2604
(617) 439-2000

Dated: January 4, 2004

## Counsel's Certification

I hereby certify that I have conferred with my client, plaintiff Alchimia, Inc., pursuant to Local Rule 16.1 concerning the budget for costs of the litigation and consideration of alternative dispute resolution.

/s/Thomas W. Aylesworth
Thomas W. Aylesworth

1392127.1