UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC., )<br><br>       Plaintiff, )<br><br>   v. )<br><br>PETER JACOBSON and MENTOR )<br>CAPITAL ASSOCIATES, )<br><br>       Defendants. | Civil Action No. 04-11908 DPW |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

I, ROBERT A. BURKE, counsel for Defendants Peter Jacobson and Mentor Capital Associates, hereby certify that I have conferred with counsel for Plaintiff and my clients:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BLANK ROME LLP

BY: _____
ROBERT A. BURKE
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
(215) 569-5606
*Attorney for Defendants Peter Jacobson
and Mentor Capital Associates*

Dated: January 4, 2005

**Certificate of Service**

  I, Edward W. Little, Jr., hereby certify that I have served a true and accurate copy of Defendants' <u>Certification Pursuant to Local Rule 16.1 (D) (3)</u> upon all counsel of record by electronic means this <u>6th</u> day of January, 2005.

<table>
<tr><td></td><td><u>/s/ Edward W. Little, Jr.</u></td></tr>
<tr><td>Dated: <u>January 6, 2005</u></td><td>Edward E. Little, Jr.</td></tr>
</table>