UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ALCHIMIA, INC.,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**PETER JACOBSON and MENTOR CAPITAL ASSOCIATES,**<br><br>    **Defendants.** | **Civil Action No. 04-11908-DPW** |

### AFFIDAVIT OF TRISTAN CAMERON SNELL

I, Tristan Cameron Snell, state as follows:

1.    I am an attorney at the law firm of Nutter McClennen & Fish LLP, and I am a member in good standing of the bar of the Commonwealth of Massachusetts.

2.    I make this Affidavit of my own free will and based on my personal knowledge as counsel for Alchimia, Inc. in a lawsuit *Alchimia, Inc. v. Peter Jacobson and Mentor Capital Associates* that was filed on or about September 1, 2004, in the United States District Court for the District of Massachusetts.

3.    In order to determine the price of stock in ViryaNet, Ltd. as of the filing of the Complaint in the aforementioned case, I consulted MarketWatch.com, a service of Dow Jones & Co., Inc. Using their Historical Stock Quotes and Charts, I discovered that a share of ViryaNet, Ltd. was worth $2.439 on September 1, 2004. As of January 25, 2005, that information was available at the following URL:

- 2 -

**http://bigcharts.marketwatch.com/historical/default.asp?detect=1&symbol=VRYA&close_date=9%2F1%2F04&x=54&y=25.**

      **Signed under the penalties of perjury this 25th day of January, 2005.**

                                                      **/s/ Tristan Cameron Snell**

**1396816.1**