UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALCHIMIA, INC.
    Plaintiff,

    v.                                            CIVIL ACTION
                                                  NO. 04-11908-DPW

PETER JACOBSON ET AL
    Defendant,    ,

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court no later than **OCTOBER 8, 2005.**

                                                    BY THE COURT,

                                                    /s/ Michelle Rynne

                                                   Deputy Clerk

DATED: September 8, 2005