UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALCHIMIA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PETER JACOBSON and MENTOR CAPITAL ASSOCIATES,<br><br>    Defendants. | Civil Action No. 04-11908-DPW |

## STIPULATION OF DISMISSAL

Plaintiff Alchimia, Inc. and defendants Peter Jacobson and Mentor Capital Associates, having reached a settlement of all issues in this matter, hereby stipulate, individually and jointly, to the dismissal of this entire action with prejudice, including all claims and counterclaims, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| Alchimia, Inc., by its attorneys, | Mentor Capital Associates and Peter Jacobson, by their attorneys, |
|---|---|
|   |   |
| /s/Thomas W. Aylesworth | /s/Robert A. Burke |
| Thomas W. Aylesworth (BBO #630994)<br>Tristan Cameron Snell (BBO #657203)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 439-2000 | Daniel J. Kelly (BBO #553926)<br>Edward W. Little, Jr. (BBO #628985)<br>Gadsby Hannah LLP<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 345-7000 |

Dated: October 4, 2005

Robert A. Burke, Esq. (*pro hac vice*)
BlankRome LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
(215) 569-5606

1467872.1